UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| RUSSELL L. LEE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| Vs. | ) Ca 105CV01450 |
| | ) Judge Henry H. Kennedy |
| CARL BRADFORD, ET AL., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of Defendant Clarissa T. Edwards Motion to Dismiss, and the Opposition thereto, if any, and the entire premises considered, it is this _____ day of _____, 2005, by the Superior Court of the Columbia,

ORDERED, that Defendant Clarissa T. Edward's Motion to Dismiss is, and the same, herby, is GRANTED; and it is further,

ORDERED, that the Plaintiff's Complaint is DISMISSED WITH PREJUDICE as it pertains to Clarissa T. Edwards and that attorney fees and sanctions in the amount of $400.00 shall be paid by Russell Lee for filing the instant action in Federal District Court, when the same claim is pending on appeal in The Superior Court.

JUDGE HENRY H KENNEDY

Copies to:

Melissa s. Polito, Esquire
1828 L Street, NW
Suite500
Washington, DC 20036

Mr. Russell L. Lee
4100 Massachusetts Avenue, NW
Washington, DC 20036

Mr. Carl Bradford
Defendant
941 N. Capitol Street, NE
Room 7200
Washington, DC 20002

Rental Housing Commission
Defendant
941 N. Capitol Street, NE
Washington, DC 20002

Ms. Recita T. Evans
Defendant
941 N. Capitol Street, NE
Room 9400
Washington, DC 20002