UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CARL BRADFORD, et al.,<br><br>　　　　　Defendants. | Civil Action 05-01450 (HHK) |

**ORDER**

Under Rule 4(m) of the Federal Rules of Civil Procedure, if a civil action has not been served within 120 days of its filing, "the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time." More than 120 days have passed since the filing of this action and it does not appear that it has been served on any of the defendants.

Accordingly, it is this 29th day of November, 2005, hereby

**ORDERED** that on or before December 15, 2005, Russell L. Lee must either: (1) file with the court proof that this action has been served on defendants, or (2) provide the court with a written explanation for why service of process has not been completed.

If Lee fails to comply with this order or if the court determines that Lee has not shown good cause for the failure to comply with Rule 4(m), this action will be dismissed without prejudice as to all defendants other than defendant Clarissa Thomas.[1]

        Henry H. Kennedy, Jr.
        United States District Judge

---

[1] While the docket in this case indicates that Thomas, like the other defendants, has not yet been served, she has waived any insufficiency of service argument by failing to raise it in her motion to dismiss [#2]. FED. R. CIV. P. 12(h)(1); *Simpkins v. District of Columbia*, 108 F.3d 366, 368 (D.C. Cir. 1997).