UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL L. LEE,                    *
                                   *
        Plaintiff                  *
                                   *   Ca 105CV01450
     v.                            *
                                   *   Judge Henry H. Kennedy
CARL BRADFORD, et al.,             *
                                   *
        Defendants.                *

### REQUEST FOR EXTENTION
### OF TIME WITHIN WHICH TO SERVE DEFENDANTS

COMES NOW the Plaintiff and hereby moves the Court, pursuant to Rule 4(m), for an order extending time in which to serve Defendants AvalonBay Communities, Commission, Bradford, Evans, and respectfully refers the Court to the accompanying brief.

This 21st day of November, 2005.

Respectfully submitted,

_____
Russell L. Lee, pro se
#1319,
4100 Massachusetts Ave., NW
Washington, DC 20016
202.364.1187

RECEIVED

NOV 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUSSELL L. LEE,        * | |
|                        * | |
|     Plaintiff          * | |
|                        * | Ca 105CV01450 |
|     v.                 * | |
|                        * | Judge Henry H. Kennedy |
| CARL BRADFORD, et al., * | |
|                        * | |
|     Defendants.        * | |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF**
**TIME WITHIN WHICH TO SERVE DEFENDANTS**

The last day for service was November 18, 2005, as the Complaint was filed on July 22, 2005.

Defendant Clarissa T. Edwards was served on August 21, 2005. Under the press of litigation, no effort was made to serve the remaining Defendants until November 18, 2005. Problems developed with two persons Plaintiff had hired to serve them, including inability of Counsel Melissa S. Polito to accept service on behalf of AvalonBay.

Defendants will not be prejudiced if time is enlarged, say, a few days, considering not until this time ever has Plaintiff not served in a timely

2

manner.

   This 21st day of November, 2005

          Respectfully submitted,

          Russell L. Lee
          #1319
          4100 Massachusetts Ave., NW
          Washington, DC 20016

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was mailed postage prepaid this 21st day of November 2005 to:

  Clarissa T. Edwards, Esquire
  405 8th Street, NE
  Washington, DC 20002


  Melissa S. Polito, Esquire
  1829 L Street
  Suite 500
  Washington, DC 20036

          RUSSELL L. LEE

3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUSSELL L. LEE, | * |
| | * |
| Plaintiff | * |
| | *   Ca 105CV01450 |
| v. | * |
| | *   Judge Henry H. Kennedy |
| CARL BRADFORD, et al., | * |
| | * |
| Defendants. | * |

**[Proposed] ORDER GRANTING
TIME IN WHICH TO SERVE DEFENDANTS**

The Court has considered the Motion of Plaintiff Russell L. Lee seeking extension of time in which to serve Defendants. The Court has weighed and considered the pleadings of the parties, and opposition if any to the motion. The Court has applied the applicable law thereto. Based upon the foregoing, the Motion is **GRANTED**.

Plaintiff must serve Defendants within _____ days from the date of this Order.

This _____ day of _____, 2005.

_____
Judge Henry H. Kennedy
United States District Court

4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RUSSELL L. LEE,           \*
                                         \*
      Plaintiff          \*
                                         \*  Ca 105CV01450
v.                                     \*
                                         \*  Judge Henry H. Kennedy
CARL BRADFORD, et al.,  \*
                                         \*
      Defendants.     \*

**[Proposed] ORDER GRANTING
<u>TIME IN WHICH TO SERVE DEFENDANTS</u>**

The Court has considered the Motion of Plaintiff Russell L. Lee seeking extension of time in which to serve Defendants. The Court has weighed and considered the pleadings of the parties, and opposition if any to the motion. The Court has applied the applicable law thereto. Based upon the foregoing, the Motion is **GRANTED**.

Plaintiff must serve Defendants within \_\_\_\_\_ days from the date of this Order.

      This \_\_\_\_\_ day of _____ 2005.

                                               _____
                                               Judge Henry H. Kennedy
                                        United States District Court