UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE,<br><br>          Plaintiff,<br><br>          v.<br><br>CARL BRADFORD, et al.,<br><br>          Defendants. | Civil Action 05-01450<br>(HHK) |

**ORDER**

Presently before the court is the motion of plaintiff Russell L. Lee to extend the time within which to serve defendants [#5]. Upon consideration of the motion and the record of this case, the court concludes that the motion should be granted. Accordingly, it is this 23rd day of December, 2005, hereby

**ORDERED** that the motion to extend the time to serve defendants is **GRANTED**; and it is further

**ORDERED** that plaintiff is granted until on or before **January 16, 2006**, to effect service of process on defendants.

                                                               Henry H. Kennedy, Jr.
                                                         United States District Judge