UNITED STATES DISTRICY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Russell L. Lee ) | |
| ) | |
| Plaintiff ) | No. 05-cv-1450 —HHK |
| ) | |
| -v- ) | |
| ) | |
| Carl Bradford, et al. ) | |
| ) | |
| Defendants ) | |

## MOTION TO EXTEND THE TIME TO OPPOSE MOTION FOR AN ORDER COMPELLING COUNSEL TO RETAIN RETAINER FEE

Comes now defendant Clarissa T. Edwards by and through counsel and hereby moves to extend the time to oppose the motion for an order compelling counsel to return retainer fee. In support, thereto the defendant shows this Honorable Court as follows:

On December 16, 2005, the defendant received the plaintiff's motion for an order compelling counsel to return retainer fee. The response is due on December 28, 2005. However, counsel is unable to complete the response by December 28, 2005. As counsel has a previously scheduled vacation for the period of December 23. 2005 until January 3, 2006. Thus, counsel is requesting an extension until January 10, 2006 to respond to said motion. Indeed, counsel is requesting the relief in good faith not for the purpose of delay.

Respectfully Submitted

Clarissa T. Edwards 434607
THE LAW OFFICE OF C.
THOMAS, CHARTERED
403-405 8TH STREET NE
WASHINGTON DC 20002
OFFICE 202-546-0638
FAX 202-543-2623

RECEIVED
DEC 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
DEC 2 3 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Clarissa T. Edwards hereby certify that this motion was mailed first class mail postage prepaid on December 23, 2005 to the following:

Russell L. Lee
4100 Massachusetts Ave. NW
Washington DC 20016

Carl Bradford
Department of Consumer Regulatory Affairs (Rental Housing Administration)
941 N. Capitol Street NE
Washington DC

Clarissa T. Edwards 434607
THE LAW OFFICE OF C.
THOMAS, CHARTERED
403-405 8TH STREET NE
WASHINGTON DC 20002
OFFICE 202-546-0638
FAX 202-543-2623

## CERTIFICATION OF CONSENT

Consent for this motion was sought via letter on December 23, 2005 and was not obtained. Thus, necessitating the filing of the instant motion.

Clarissa T. Edwards 434607
THE LAW OFFICE OF C.
THOMAS, CHARTERED
403-405 8TH STREET NE
WASHINGTON DC 20002
OFFICE 202-546-0638
FAX 202-543-2623

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Russell L. Lee )
)
    Plaintiff )
)
) No. 05-cv-1450
-v- )
)
)
Carl Bradford, et al. )
)
    Defendants )

## MEMORANDUM OF POINTS & AUTHORITIES

**District Court Civil Rule 7**

Clarissa T. Edwards 434607
THE LAW OFFICE OF C.
THOMAS, CHARTERED
403-405 8TH STREET NE
WASHINGTON DC 20002
OFFICE 202-546-0638
FAX 202-543-2623

RECEIVED

DEC 23 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Russell L. Lee                )
                              )
    Plaintiff                 )
                              )
                              )
-v-                           )    No. 05-cv-1450
                              )
                              )
Carl Bradford, et al.         )
                              )
    Defendants                )

### ORDER

This Court having considered the defendant's Motion for an extension of time to oppose Motion for an order compelling counsel to return retainer fee and opposition and/or lack of opposition thereto hereby order that the Motion is granted. The defendant shall have until _____, 2006 to oppose said Motion.

_____
Judge

**Cc:**   Russell Lee
          4100 Massachusetts Ave. NW
          Washington DC 20016

          Clarissa T. Edwards
          403-405 8th Street NW
          Washington DC 20002

          Carl Bradford
          Department of Consumer Regulatory Affairs (Rental Housing Administration)
          941 N. Capitol Street NE
          Washington DC