SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RUSSELL L. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0003114 |
| ) | Judge Campbell |
| CARL BRADFORD, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

UPON CONSIDERATION of Defendant Avalon Bay Communities, Inc.'s Motion to Dismiss, and the Opposition thereto, if any, and the entire premises considered, it is this 10th day of _June_, 2005, by the Superior Court of the District of Columbia,

ORDERED, that Defendant Avalon Bay Communities, Inc.'s Motion to Dismiss be, and the same, hereby, is GRANTED; and it is further,

ORDERED, that the Plaintiff's Complaint is DISMISSED WITH PREJUDICE as it pertains to Avalon Bay Communities, Inc.

JUDGE, Superior Court of the District of Columbia

copies to:

Melissa S. Polito, Esquire
1828 L Street, NW
Suite 500
Washington, D.C. 20036

Mr. Russell L. Lee
4100 Massachusetts Avenue, NW
Washington, D.C. 20036

DOCKETED In Chambers  JUN 1 3 2005

MAILED From Chambers  JUN 1 3 2005

05CV1450/ Exhibit E


Case: 2005 CA 003114 B

Mr. Carl Bradford
Defendant
941 N. Capitol Street, NE
Room 7200
Washington, D.C. 20002

Rental Housing Commission
Defendant
941 N. Capitol Street, NE
Room 9200
Washington, D.C. 20002

Clarissa Thomas, Esquire
Defendant
405 Eighth Street, NE
Washington, D.C. 20002

Ms. Recita T. Evans
Defendant
941 N. Capitol Street, NE
Room 9400
Washington, D.C. 20002