RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**UNITED STATES DISTRICT COURT** JAN 10  PM 9: 50
**FOR THE DISTRICT OF COLUMBIA** NANCY M.
MAYER-WHITTINGTON
CLERK

RUSSELL L. LEE, et al          )
     Plaintiff          )
                    )
                    )   No 05-cv-1450 *HHK*
                    )
V          )
                    )
                    )
CARL BRADFORD, et al          )
     Defendants          )

## OPPOSITION TO THE PLAINTIFF'S MOTION FOR AN ORDER COMPELLING COUNSEL TO RETURN RETAINER FEE

Comes now defendant Clarissa T. Edwards, by and through counsel and hereby oppose

the plaintiff's motion for an order compelling counsel to return retainer fee. In support

thereto, the defendant shows this Honorable Court, as follows:

The plaintiff asserts that this Court should order that the defendant to return the legal

fees, because the defendant withdrew from the proceeding on the eve of the hearing.

However, the defendant consented to the defendant withdrawing, because there was no

merit to the claims (See attached correspondence). The defendant withdrew because the

plaintiff and the defendant could not agree regarding legal strategy pertaining to the

tenant petition hearing, as the plaintiff believed that he is a lawyer. The defendant did not

abandon the plaintiff as he would have this Court to believe. The defendant also did not

coerce the plaintiff into executing any such agreement. Mr. Lee constantly sues everyone.

Indeed, no one can coerce him to do anything. Furthermore, Mr. Lee also filed a release

of counsel pleading in the rental accommodations matter( See T/P28, 103 decision attached hereto). He also filed his own appeal of the decision.

Furthermore, the plaintiff hired the defendant to represent him in eight different legal matters. The plaintiff continued to represent the plaintiff in the landlord tenant matter and small claims matter subsequent to August 24,04 (see August 4,04 hearing notice and bills ) Indeed, if there was any coercion or no free will in signing the August 24,04 consent document agreeing to the defendant's withdrawal, Mr. Lee would also not have the defendant to continue representing him in other matters. In fact, the parties settled the landlord tenant matter on January 10, 05. (See January 11, 05 correspondence). ( 4 of those matters were against Lee v State Compensation Fund. Ca-03-7138, Lee v State Compensation Ca03-3859-04, Lee v State Compensation Ca04-414, Lee v State Compensation 4-CV-0001.After extensive research counsel withdrew from all of these matters and return the fee In addition, it is Counsel's understanding that all of these suits have been dismissed and an injunction has been entered against Mr. Lee where he is not to file any further suits against State Compensation Fund). Counsel was also retained to represent the plaintiff in a landlord tenant, Domestic relations matter, small claims and the instant tenant petition, as previously mentioned. The defendant paid $2,450.00 for the landlord and tenant jury trial and the tenant petition. He also paid $2,225.00 for the small claims, matter against another one of his former lawyer ( He sought a refund in this case also and the court ordered that he was not entitled to any refund) , a domestic relations, matters and the four aforementioned civil matters.  Mr. Lee was refunded $1,225.00 for the 4 civil matters. Total paid $4,700.00. The plaintiff was refunded by the defendant

$1,225.00 for the 4 civil matters. This left a credit of $3,475.00. The plaintiff's legal fees for the period of January 04-September 04 were $4,335.75 and $997.97 for the month of January 05, total $5,333.72. If you deduct the $5,333.72-$3,475.00 credit, this leaves a balance of $1,858.72 in legal fees owed to the defendant. (See attached bills).This also does not include an invoice for December 04. Thus, the plaintiff's argument is without any merit. The defendant does not owe the plaintiff any legal fees. The plaintiff instead has outstanding legal fees with the defendant. Moreover, the issue of the return of legal fees in the tenant petition matter is not proper before this Court. In accordance with the attachment retainer agreement, any and all issues regarding a dispute in the legal fees have to be litigated before the D. C. Bar Arbitration. The plaintiff is well aware of the same, prior to filing this frivolous motion. In addition, the Plaintiff has filed this same motion before Rental Accommodations, and they indicated that they did not have jurisdiction over the matter and that he should go to the D.C. Arbitration Board (see attached order). The plaintiff ignored said order, but instead chose to file this frivolous motion. Furthermore, this Court does not have jurisdiction to enter an order compelling counsel to return a fee in a rental accommodations matter. The plaintiff has not cited any authority regarding the same. Indeed, the plaintiff has filed a motion without any merit. The defendant should indeed, be awarded attorney fees for having to respond to this frivolous motion. In light of the same, the motion should be denied and attorney's fees awarded for having to respond to the same.

Wherefore, the following, the defendant prays that the instant motion be denied.

Clarissa T. Edwards 434607
**THE LAW OFFICE**
**OF**
**C. THOMAS, CHARTERED**
403-405 8TH Street,NE
Washington, DC 20002
202-546-0638

## CERTIFICATE OF SERVICE

I, Clarissa T. Edwards, the defendant herein hereby certify that a copy of this pleading was mailed first class mail to the following persons on January 10,06:

Russell L. Lee
4100 Massachusetts Avenue
NW
Apt 1319
Washington, DC 20016

Nat Nicola Polito
Margolius, Mallios & Riper, LLP
1828 L Street, NW
Washington, DC 20036

Carl Bradford
941 North Capital Street, NE
Rm 7200
Washington, DC 20002

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


RUSSELL L. LEE, et al )
      Plaintiff )
                      )  No 05-cv-1450
                      )
V )
                      )
                      )
CARL BRADFORD, et al )
      Defendants )

## MEMORANDUM OF POINTS AND AUTHORITIES


The Record Herein


Clarissa T. Edwards 434607
**THE LAW OFFICE
OF
C. THOMAS,CH
403-405 8TH Street, NE
Washington, DC 20002**


**Saved under Russell lee**