# DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION
941 North Capitol Street NE, Room. 9200
Washington, DC 20002

RUSSELL L. LEE, :
  Tenant/Appellant :
 :
     v. : TP No. 28,013
 :
DEBORAH PITONYAK, :
  Housing Provider/Appellee.:

### RELEASE OF COUNSEL

Clarissa Thomas is hereby released as attorney for Tenant Russell L. Lee in this case.

On August 25, 2004, Thomas made it more than Clear that she wants out of this case, assuming the position that she cannot win because *Yasuna* and *Price*, both supportive of Appellant's case, were reversed by *Seman* and cease to be good law.

Even if she is right, as it pans out, she nonetheless voluntarily should return the retainer fee seeing that all she accomplished in this case was to sign in and sign out.

In any case, Counsel is released and is free

to go.

DATED: December 27, 2004.

                                      Respectfully,

                                      Russell V. Lee
                                      #1319
                                      4100 Massachusetts Ave., NW
                                      Washington, DC 20016

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing upon the defendant by depositing a copy of the same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

        Clarissa Thomas
        The Law Offices of C. Thomas
        403-405 8th Street, NE
        Washington, DC 20002

        Melissa S. Polito
        9200 Basil Court
        Suite 300
        Largo, Maryland 20774

This 12th day of October 2004.

                                      RUSSELL V. LEE

2




Clarissa Thomas
403-405 8th St. roof, NE
DC
20002