GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Rental Housing Commission
941 North Capitol Street NE, Room. 9200
Washington, DC 20002

```
RUSSELL L. LEE,                     )
     Petitioner/Appellant,          )
                                    )
     v.                             )  TP No. 28,013
                                    )
DEBORAH PITONYAK,                   )
     Respondent/Appellee.           )
                                    )
```

### REQUEST FOR ORDER
### COMPELLING COUNSEL TO RETURN RETAINER FEE

COMES NOW Appellant and renews its Motion of October 26, 2004, for an order compelling Thomas to reimburse the fee.

As you know, Thomas essentially has done nothing in this case to deserve a retainer fee of $1500. All she did was to sign in, and sign out at the eleventh hour.

There is no ground upon which Thomas can retain money paid for representation where she did not represent - on the pretext that *Semen* overruled the cases in the main Tenant was relying on, *Yasuna*

1

and *Price*.

Thomas knows better than what she did. Simply, she did not allow herself sufficient time to prepare for the August 26 hearing and, so, she looked for and found a way to escape. In today's Post an item dealing with Rent Control: "buildings built after 1975 and apartments owned by landlords who own fewer than five units are exempt." Well, let her go. But let her return Tenant's money too.

WHEREFORE, respectfully, Tenant requests that the Commission compel Thomas to reimburse the retainer fee in full, plus interest, forthwith.

DATED: January 19, 2005.

                                       Respectfully submitted,

                                       Russell L. Lee, pro se
                                       #1319

                                       4100 Massachusetts Ave., NW
                                       Washington, DC 20016

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing upon the defendant by depositing a copy of the same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

Clarissa Thomas
The Law Offices of C. Thomas
403-405 8th Street, NE
Washington, DC 20002

Melissa S. Polito
9200 Basil Court
Suite 300
Largo, Maryland 20774

This 19th day of January 19, 2005.

_____
RUSSELL L. LEE

3