**THE LAW OFFICE
OF
C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002
(202) 546-0638
(202) 543-2623 (FAX)

January 3, 2005

Mr. Russell Lee
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20006

Dear Mr. Lee:

    Please note that your Landlord-Tenant matter is scheduled for **January 10, 2005 at 11:00am**. Please kindly advise us if you still want us to represent you in the same. Time is of the essence. If you no longer desire the same, please kindly execute the same and return it to our office as soon as practical.

    Thank you in advance.

Sincerely,

Clarissa Thomas

CT/mdt

\\CHRISTINA\Mercy's\CLIENT CASES\LANDLORD AND TENANT\Lee, Russell-LT\Client-ltrs.doc