**THE LAW OFFICE
OF
C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002
(202) 546-0638
(202) 543-2623 (FAX)

January 11, 2005

Mr. Russell Lee
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20006

Dear Mr. Lee:

    I am delighted that we could resolve and settle your L&T matter to your satisfaction. As you already have a copy of the agreement, I did not enclose the same. I am hopeful that your will have a prosperous and safe new year.

    Should you have any questions, please do not hesitate to contact our office.

                                              Sincerely,

                                              Clarissa Thomas-Edwards

CTE/mdt