THE LAW OFFICE
OF
C. THOMAS, CHARTERED
403-405 8th Street, NE
Washington, DC 20002
202-546-0638
202-543-2623 (fax)

Clarissa Thomas, (Admitted in DC)
Leonard C. Collins, Of Counsel
(Retired – Deceased 2003)

## RETAINER AGREEMENT

**Client #1**

Name:     Russell L. Lee                           Phone No.: 202-364-1187         (home)

Address:  4100 Massachusetts Ave., NW, # 1319                                       (work)

          Washington, DC 20016                                                       (cell)

1. The Client(s) hereby retain the services of Clarissa Thomas and The Law Office of C. Thomas, Chartered, to represent them in the matter involving: **Landlord and Tenant Bench Trial and Appeal w/DC Rental Accommodations**

2. I/We agree to provide the firm true copies of all documentary materials in my/our possession or in the possession of my/our agents, servants and/or employees relating to this matter. Originals shall only be delivered upon written request of an attorney. If the matter is litigated, the firm is authorized to file such legal pleadings as its judgment dictates are required or appropriate. The Client shall notify the firm promptly of any change(s) of address and telephone numbers.

3. The fee for legal representation shall be on an hourly basis, with the exception of fixed fee services set on the reverse side. *Senior, partners' hourly fees shall be billed from $ **175.00** per hour* for the year this agreement is executed. The time expended at the initial meeting shall be part of the billable fee and shall be so billed. *Associate attorney's hourly fees shall be billed from $**100.00** per hour* depending on the attorney and the degree of difficulty of the work involved for all the time expended on the case including attendance in court. *Paralegal hourly fees shall be billed from $**50.00** per hour.* The client agrees that he/she had /is paying a NON-REFUNDABLE *minimum retainer fee of* $ **950.00 for landlord and tenant bench trial and 1,500.00 for appeal w/DC DCRA** to the Firm and that the fees will be billed against the said retainer. *The retainer must be paid in full before any work can be established* in the matter in which you have attained counsel for. In addition, this retainer fee is the property of the attorney and The Law Firm and the client waives any right to them. Representation of client is contingent upon the retainer fee being paid in full or otherwise, regardless of this signed retainer agreement. Any retainer fee that is agreed to be paid in monthly installments must be paid in full 45 days or at a time to be determined before the final proceedings or purpose of representation is to b e concluded. The client also agrees that the aforementioned hourly rate and retainer fees are *exclusive of costs*. The client will be billed *separately for all out of pocket expenses including but not limited to: photocopying, filing fees, service of documents, telephone calls and other expenses incurred including but not limited to the costs of depositions, service of subpoenas, and use of expert witnesses* in the connection with the Firm's representation of the client. The client understands and agrees that the time for services rendered will be billed periodically and shall be paid upon receipt of notice of bill. A minimum billing segment of 2/10 of an hour for telephone conferences and letters may be employed. It is understood that the bill for legal services *shall be kept current and a 1 ½% per month later fee charge will be added to the balance due every 30th day* that the balance is remaining. In addition the client agrees that the fee schedule may be

revised without notice on January 1, of every year following the date of this agreement. The change of fee schedule shall be reflected in the client's invoice.

4. The client agrees that advance payment is required to cover the cost of *depositions, service of subpoenas, and use of expert witnesses, etc.*

5. The client understands and agrees that the attorney has the discretion to apply any payments received, first to the outstanding interest and the balance to the principle. Further, if any monies are deposited into the Registry of the Court or other escrow, or collected by the firm, any and all outstanding fees or costs for this case or any other legal representation provided may be deducted from the same by the firm and the net remitted to the client. The firm is authorized to supply and required endorsements on checks and the client irrevocably and unconditionally assigns said monies or monies in any funds created by the representation to the extent necessary to pay for outstanding fees and costs. *If the bill is not kept current, it is understood that counsel may elect to suspend or terminate the representation and perform no further work and/or withdraw as counsel,* and that such withdraw shall not excuse liability of the bill then due, including the motion to withdraw or attorney's fees to collect the same and the client understands he will be responsible for all attorney's fees to collect the balance due. The firm shall have any attorney's lien on the file and any proceeds of the litigation.

6. The client may terminate representation at any time by sending a written notice. A copy of the file will be provided upon payment of copies and full payment of balance of account. In the event the client is a corporation, or limited liability company, the individual signing thereon agrees to be personally responsible for the fee herein. If a fee dispute over a bill arises, the parties agree to refer the matter to the D.C. Bar Fee Arbitration System. If the client refuses fee arbitration and the firm is required to bring suit, the parties waive a right to trial by jury and agree to a trial by the court. The client shall be liable for all attorneys' fees incurred by the firm for any collection action.

7. The client understands and agrees that no particular result can be predicted or guaranteed regarding any legal matter and none has been promised.

8. The client understands and agrees that in the event that the client defaults on the payment of his fees and costs, by client's signature below he agrees that the firm is authorized to perform a credit and asset check and to obtain such report from the appropriate agency and agrees to be responsible for all attorney's fees and cost collection. Client(s) hereby authorize(s) any and all agents to disclosure (and to provide and signed copy) to the Firm the financial or credit information statement provided such agent by the Client. Except as stated herein, the Consumer Report is confidential and the information contained therein shall not be knowingly released to others without the written consent of the client.

9. The client understands and agrees that since by accepting this matter the firm is precluded from any representations of all other parties in the matter. The client has read this agreement understands the same, and retained a copy hereof and agrees to be bound hereby. All other legal services requested or provided hereafter shall be governed by this agreement unless otherwise agreed in writing.

Additional provisions (if any):

_____    7-20-04
Client No.1 Signature                Date

_____    7-20-04
Clarissa Thomas, Signature           Date
The Law Office of C. Thomas, Chartered

2