**THE LAW OFFICE
OF
C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002
(202) 546-0638
(202) 543-2623 (FAX)

August 19, 2004

Mr. Russell Lee
4100 Massachusetts Ave., NW-Apt. 1319
Washington, DC 20016

Re:     **Outstanding Balance**

Dear Mr. Lee:

Your account reflects an overdue balance in the amount of *$2,250.00*. Until the account balance has been satisfied, no more work will be performed in your matter. Therefore, please be advised that if I do not receive payment, no later than 10-days from the date of this correspondence, a motion to withdraw from your matter will be filed.

In addition, please be advised that thereafter, any and all measures will be taken against you to obtain the money owed on your account.

I look forward to receiving your payment no later than *August 29, 2004*.

Sincerely,

*Christina R. Hill*

Christina R. Hill

\\Christina\Mercy's\Accounting Data\Aging Accounts Receivables\Lee, Russell\Account - Letters\Balance-Lee-08-19-04.doc