**THE LAW OFFICE**
**OF**
**C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002
202-546-0638
202-543-2623 (fax)

January 31, 2005

Mr. Russell Lee
4100 Massachusetts Ave., NW
Washington, DC 20016

           Re:    **Billable and Costs Invoice**
                       Avalonbay v. Lee – LT Matter

Dear Mr. Lee:

      Enclosed please find for your Senior Attorney, Associate Attorney and your case costs expenses that have been recently generated in connection with the above captioned matter. The total(s) are as follows:

| TYPE OF INVOICE | INVOICE NO. | TOTAL DUE |
|---|---|---|
| Senior and Associate Billable Hours | Inv. No.: 1319 | $921.25 |
| Cost (*copy, postage, faxes, parking*) | Inv. No.: 1427 | 56.72 |
| Cost (*court filing*) | Inv. No.: 1470 | <u>0.00</u> |
|  |  | $427.49 |

      Please remit payment of the complete and total balance upon receipt of the same.

                                       Sincerely,

                                      *Christina R. Hill*

                                      Christina R. Hill

enclosures

**THE LAW OFFICE**
**OF**
**C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002

Bill To:

Russell Lee
re: LT-Matter
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20016

# Invoice

Number:  1319

Date:    January 31, 2005

| Terms | Project | Code |
|---|---|---|
| Due Upon Reciept | LT/TP- Hrly Bills | 088 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1-03-05 | T/C to client re: withdrawal | 0.20 | 175.00 | 35.00 |
| 1-03-05 | Drafted ltr to client re: matter scheduled for 1-10-05 | 0.10 | 175.00 | 17.50 |
| 1-03-05 | Drafted praecipe for defendant | 0.10 | 175.00 | 17.50 |
| 1-10-05 | In court re: Case matter | 2.00 | 100.00 | 200.00 |
| 1-10-05 | trial - settlement negiotations | 1.30 | 175.00 | 227.50 |
| 1-11-05 | Drafted ltr to client re: LT settlement | 0.10 | 175.00 | 17.50 |

To avoid legal proceedings, additional fees and costs, please remit payment in the amount above upon receipt of this invoice. If payment has been made already, thank you in advance for your expedient payment.

Total  $515.00

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $515.00 | $0.00 | $0.00 | $406.25 | $921.25 |

**THE LAW OFFICE OF C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002

# Invoice

Number: 1427
Date: January 31, 2005

**Bill To:**

Russell Lee
re: LT-Costs
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20016

| Terms | Project | Code |
|---|---|---|
| Due Upon Reciept | LT- Costs | 071 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01-31-05 | Copies | 62.00 | 0.50 | 31.00 |
| 01-31-05 | Postage | | 1.48 | 1.48 |
| 01-31-05 | Faxes | 0.00 | 1.75 | 0.00 |
| 01-31-05 | Parking | | 3.00 | 3.00 |

To avoid legal proceedings, additional fees and costs, please remit payment in the amount above upon receipt of this invoice. If payment has been made already, thank you advance for your expedient payment.

| | Total | $35.48 |
|---|---|---|

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $35.48 | $21.24 | $0.00 | $0.00 | $56.72 |



**THE LAW OFFICE OF C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002

# Invoice

Number: 1470
Date: January 31, 2005

**Bill To:**
Russell Lee
re: LT-Court Costs
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20016

| Terms | Project | Code |
|---|---|---|
| Due Upon Reciept | LT-Court Costs | 071 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01-31-05 | No Court Costs Incurred | | 0.00 | 0.00 |

To avoid legal proceedings, additional fees and costs, please remit payment in the amount above upon receipt of this invoice. If payment has been made already, thank you advance for your expedient payment.

**Total    $0.00**

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |