

**THE LAW OFFICE**
OF
**C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002

# Invoice

Number: **1011**

Date: **September 20, 2004**

**Bill To:**

Russell Lee
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20016

| Terms | Project | Code |
|---|---|---|
| Due Upon Reciept | DR/SC/CA - Bills | 088 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07-20-04 | Meeting w/client | 0.55 | 175.00 | 96.25 |
| 07-27-04 | T/C from client re: status of filing July 28, 04 deadline per court and additional materials to drop off at the office. | 0.05 | 175.00 | 8.75 |
| 08-02-04 | T/C to client re: appeal claim | 0.25 | 175.00 | 43.75 |
| 08-02-04 | Drafted correspondence to client re: appeal claim | 0.05 | 175.00 | 8.75 |
| 08-04-04 | T/C to Mattie Johnson, Esq. re: continuance of August 5, 04 motion hearing | 0.05 | 175.00 | 8.75 |
| 08-06-04 | In re: Lee v. Johnson re: motion hearing | 3.00 | 175.00 | 525.00 |
| 08-06-04 | Drafted letter to client re: August 6, 04 court results | 0.05 | 175.00 | 8.75 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $2,105.75 | $0.00 | $0.00 | $0.00 | $2,105.75 |



**THE LAW OFFICE**
**OF**
**C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002

# Invoice

Number: **1011**

Date: **September 20, 2004**

**Bill To:**

Russell Lee
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20016

| Terms | Project | Code |
|---|---|---|
| Due Upon Reciept | DR/SC/CA - Bills | 088 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08-16-04 | Drafted entry of appearance | 0.05 | 175.00 | 8.75 |
| 08-16-04 | Prepared brief re: U.S. District Court of Appeals matter | 5.29 | 175.00 | 925.75 |
| 08-24-04 | V-mail message to John Haley in US Court of Appeals re: filing of brief | 0.05 | 175.00 | 8.75 |
| 08-24-04 | T/C to client | 0.20 | 175.00 | 35.00 |
| 08-27-04 | Travel time re: appellant's reply brief from Kinko | 0.20 | 175.00 | 35.00 |
| 08-27-04 | Filing of pleading re: U.S. District Court of Appeals matter | 0.10 | 175.00 | 17.50 |
| 09-08-04 | T/C to client re: U.S. District Court matter | 0.10 | 175.00 | 17.50 |
| 09-07-04 | Meeting w/client re: appeal matters | 0.30 | 175.00 | 52.50 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $2,105.75 | $0.00 | $0.00 | $0.00 | $2,105.75 |



**THE LAW OFFICE**
OF
**C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002

# Invoice

Number: **1011**

Date:  **September 20, 2004**

**Bill To:**

```
Russell Lee
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20016
```

| Terms | Project | Code |
|---|---|---|
| Due Upon Reciept | DR/SC/CA - Bills | 088 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09-20-04 | T/C to client re: filing dates of court of appeals matter | 0.05 | 175.00 | 8.75 |
| 09-21-04 | T/C to client re: client's September | 0.05 | 175.00 | 8.75 |
| 09-21-04 | Receipt / Review of client's September 16, 04 letter re: limitation of representation | 0.05 | 175.00 | 8.75 |
| 09-21-04 | Trial prep re: small claims | 2.00 | 175.00 | 350.00 |
| 09-21-04 | T/C to Mattie Johnson, Esq. re: matter | 0.10 | 175.00 | 17.50 |
| 09-21-04 | T/C to client re: small claims matter | 0.10 | 175.00 | 17.50 |
| 09-21-04 | In court appearance re: small claims hearing | 5.00 | 175.00 | 875.00 |
| 09-20-04 | Drafted Counsel's motion to withdraw | 1.00 | 175.00 | 175.00 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $2,105.75 | $0.00 | $0.00 | $0.00 | $2,105.75 |



**THE LAW OFFICE**
OF
**C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002

# Invoice

Number: **1011**

Date: **September 20, 2004**

**Bill To:**

Russell Lee
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20016

| Terms | Project | Code |
|---|---|---|
| Due Upon Reciept | DR/SC/CA - Bills | 088 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09-20-04 | Drafted letter to client re: Counsel's Motion to Withdraw from four matters re: Lee v. State Compensation | 1.00 | 175.00 | 175.00 |
| 09-23-04 | T/C to District of Columbia's Ethics Office re: confirmation of acceptance of funds in board monitored matter | 0.15 | 175.00 | 26.25 |
| 09-23-04 | Drafted Counsel's Motion to Withdraw re: Lee v. State Compensation Board | 1.30 | 175.00 | 227.50 |
| 09-23-04 | Drafted Counsel's Motion to Withdraw re: Lee v. State Compensation (civil) | 1.30 | 175.00 | 227.50 |
| 08-00-04 | T/C to clerk's office re: status of domestic relations matter | 0.05 | 175.00 | 8.75 |
| 08-00-04 | Receipt / Review of file re: domestic relations matter | 2.00 | 175.00 | 350.00 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $2,105.75 | $0.00 | $0.00 | $0.00 | $2,105.75 |



**THE LAW OFFICE**
OF
**C. THOMAS, CHARTERED**
403-405 8th Street, NE
Washington, DC 20002

# Invoice

Number: **1011**

Date: **September 20, 2004**

**Bill To:**
Russell Lee
4100 Massachusetts Ave., NW
Apt. 1319
Washington, DC 20016

| Terms | Project | Code |
|---|---|---|
| Due Upon Reciept | DR/SC/CA - Bills | 088 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08-00-04 | T/C to opposing counsel re: domestic relations matter | 0.10 | 175.00 | 17.50 |
| 09-28-04 | Receipt / Review of Defendant's Opposition to Counsel's Motion to Withdraw | 0.05 | 175.00 | 8.75 |
| 09-29-04 | Meeting w/client re: domestic relations, civil, us district court and small claims matters | 0.30 | 175.00 | 52.50 |

To avoid legal proceedings, additional fees and costs, please remit payment in the amount above upon receipt of this invoice. If payment has been made already, thank you in advance for your expedient payment.

Total    $4,355.75

Amount Paid: 2,250.00
Amount Due: 2,105.75

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $2,105.75 | $0.00 | $0.00 | $0.00 | $2,105.75 |