UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL L. LEE, et al    )
    Plaintiff    )
                                  )    No 05-cv-1450
                                  )
V                                    )
                                  )
CARL BRADFORD, et al    )
    Defendants    )

**ORDER**

This Court having considered the plaintiff's motion for an order compelling the return of the legal fees and the opposition thereto hereby Order that the instant motion is denied, this _____ day of _____,2006 and further Order that the defendant, Clarissa Edwards shall be awarded attorney fees in the amount of _____for having to respond to said motion.

                                                                          JUDGE

Russell L. Lee
4100 Massachusetts Avenue
NW
Apt 1319
Washington, DC 20016


Nat Nicola Polito
Margolius, Mallios & Riper, LLP
1828 L Street, NW
Washington, DC 20036

Carl Bradford
941 North Capital Street, NE
Rm 7200
Washington, DC 20002