UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-cv-1450(HHK) |
| | ) |
| CARL BRADFORD, et al., | ) |
| | ) |
| Defendants. | ) |

RECEIVED
JAN 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUEST FOR ENTRY OF
DEFAULT AND DEFAULT JUDGMENT

COMES NOW the Plaintiff Russell L. Lee and moves the Court, pursuant to Rule 55, for entry of default and default judgment against the defendant Clarissa T. Edwards.

More details grounds for this Motion are more fully set forth in the attached memorandum of points and authorities.

This 16th day of January 2006.

Respectfully submitted,

_____
Russell L. Lee
#1319
4100 Massachusetts Ave., NW
202.364.1187

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL L. LEE,                )
                               )
    Plaintiff,                 )
                               )
    v.                         ) No. 05-cv-1450(HHK)
                               )
CARL BRADFORD, et al.,         )
                               )
    Defendants.                )

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST COUNSEL <u>CLARISSA T. EDWARDS</u>

On December 28, 2005, Defendant Edwards sought an extension of time to file opposition to Plaintiff's motion to compel Edwards to return retainer fee.

The Court denied Edwards' Motion because she failed to comply with the requirements of LcvR 7.1(m).

Nonetheless, by an opposition of January 10, 2006, Edwards disregards and defies the Court Order of December 28, 2005. Rule 55(a) provides:

> When a party against whom a judgment for affirmative relief is sought has failed to

2

plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Edwards has failed to respond within the Lawfully allowable time. Therefore, her default and default judgment should be entered and a hearing scheduled to determine what she owes – a "sum which can by computation be made certain." Rule 55(b).

This 16th day of January 2006.

Respectfully submitted,

_____
Russell L. Lee
#1319
4100 Massachusetts Ave., NW
202.364.1187

**CERTIFICATE OF SERVICE**

This is to certify that on this 16th day of January 2006, a copy Plaintiff's opposition to motion was sent via first class mail, postage prepaid, to:

Clarissa T. Edwards, Esquire
403-405 8th Street, NE
Washington, DC 20002

Melissa S. Polito, Esquire
1828 L Street, NW
   Ste. 500
Washington, DC 20036

_____
Russell L. Lee

4