UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL L. LEE,            )
                           )
       Plaintiff,          )
                           )
       v.                  ) No. 05-cv-1450(HHK)
                           )
CARL BRADFORD, et al.,     )
                           )
       Defendants.         ) **NOTICE OF NON-AVAILABLIITY**

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that Russell L. Lee will not be available from January 30, 2006 through February 17, 2006 as he will be on vacation during that time period.

///

///

Purposefully scheduling a conflicting proceeding without good cause is conduct subject to sanctions. *Tenderloin Housing Clinic v. Sparks*, 8 Cal.App.4th 299 (1992).

This 23rd day of January 2006.

Russell L. Lee

#1319
4100 Massachusetts Ave., NW
Washington, DC 20016
202.364.1187

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing upon the defendant by depositing a copy of the same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

>Nat N. Polito, Esq.
>1828 L Street, NW
>Ste. 500
>Washington, DC 20036

This 23rd day of January 2006.

Russell L. Lee