UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL L. LEE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CARL BRADFORD, et al.,**<br><br>    **Defendants.** | Civil Action 05-01450 (HHK) |

**ORDER**

  Before the court are plaintiff's motions captioned "MOTION FOR AN ORDER COMPELLING COUNSEL TO RETURN RETAINER FEE" [#6] and "REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT" [#13]. Upon consideration of the motions and the history of this case, the court concludes that the motions must be denied.

  Plaintiff does not cite any authority and the court is unaware of any that supports the proposition that underlies both motions, *i.e.*, a party may seek relief for an alleged breach of contract during the course of prosecuting a claim not based on an alleged breach of contract. Further, plaintiff has failed to show that this court has subject matter jurisdiction with respect to his retainer fee claim. Mr. Lee asserts in his complaint that both he and Ms. Edwards are citizens of the District of Columbia. Therefore, plaintiff's retainer fee claim, in addition to not invoking this court's federal question jurisdiction, also does not invoke its diversity jurisdiction.

Accordingly, it is this 30th of January, 2006, hereby

**ORDERED** that plaintiff's motions respectively captioned "MOTION FOR AN ORDER COMPELLING COUNSEL TO RETURN RETAINER FEE" [#6] and "REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT" [#13] are **DENIED**.

        Henry H. Kennedy, Jr.
        United States District Judge