UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE,<br><br>        Plaintiff,<br><br>        v.<br><br>CARL BRADFORD, et al.,<br><br>        Defendants. | Civil Action 05-01450 (HHK) |

**JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and for the reasons stated by the court in its memorandum docketed this same day, it is this 30th day of August, 2006, hereby

**ORDERED** and **ADJUDGED** that the complaint as to all defendants is **DISMISSED**.[1]

                                      Henry H. Kennedy, Jr.
                                      United States District Judge

---

[1] The complaint is dismissed with prejudice as to defendants Clarissa Thomas Edwards and AvalonBay Communities, Inc. and without prejudice as to Carl Bradford, the Rental Housing Commission, and Recita T. Evans.